MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
MICHELLE S. STROWHIRO (SBN 271969)
mstrowhiro@mwe.com
CHRISTOPHER A. BRAHAM (SBN 293367)
cbraham@mwe.com
MARJORIE C. SOTO (SBN 313290)
mcsoto@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:	+1 310 277 4110
Facsimile:	+1 310 277 4730

Attorneys for Defendant
CIRCLE K STORES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO

| | |
|---|---|
| ERNESTO LIMON, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | **CASE NO. 1:18-CV-01689-SKO**<br><br>Hon. Sheila K. Oberto<br><br>**DEFENDANT CIRCLE K STORES, INC.'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date: December 18, 2019<br>Time:              9:30 a.m.<br>Dept:               7<br><br>**Complaint Filed: December 11, 2018** |

Pursuant to Eastern District of California Local Rule 260, Defendant Circle K Stores, Inc. ("Circle K"), as the moving party on the motion for summary judgment referred to in the attached Notice, submits this "Statement of Undisputed Material Facts" and proposed judgment.

## UNDISPUTED MATERIAL FACTS

**Adjudication Issue No. 1:** The Court should grant Circle K's Motion for Summary Judgment because Plaintiff lacks Article III standing.

| No. | Defendant's Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| 1. | Prior to applying for employment with Circle K, Ernesto Limon ("Plaintiff") understood that when he completed an AutoZone employment application he knew AutoZone would run a background check on him.<br><br>**Evidence:**<br>Deposition of Ernesto Limon ("Depo.") pp. 19:1-14; pp. 56:14-57:1; pp. 63:18-66:16; pp. 73:9-74:7; Depo., Exhibit 1 – Plaintiff's Resume; Depo., Exhibit 2 – AutoZone Employment Application.[1] | |
| 2. | Prior to applying for employment with Circle K, Plaintiff applied for employment with Pathways, Piggyback Inc., San Diego State University and 99 Ranch Market and had no objection to each of these respective entities procuring a background check on him.<br><br>**Evidence:**<br>Depo. pp. 19:1-14; pp. 32:1-33:5; pp. 77:15-78:23; pp. 80:11-24; pp. 81:3-23; Depo., Exhibit 1 – Plaintiff's Resume. | |
| 3. | On or around June 21, 2018, Plaintiff completed a Circle K employment application.<br><br>**Evidence:**<br>Depo. pp. 84:23-85:5; pp. 86:2-11; pp. 87:8-89:4; Depo., Exhibit 4 – Circle K Job Application; Depo., Exhibit 9 – Requests for Admission ("RFA") No. 2. | |

---

[1] Cited pages of the transcript of Plaintiff's Depo. are attached as Exhibit B to the Declaration of Christopher A. Braham in Supp. Of Circle K's Mot. Of Summ. Judgement ("Braham Decl."); referenced exhibits to the deposition are attached as Exhibit C and have been redacted in compliance Local Rule 140.

1

DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                                    CASE NO. 1:18-cv-01689-LJO-SKO

| | | |
|---|---|---|
| 4. | In the Circle K employment application, Plaintiff checked "yes" in response to the question if he would "be willing to submit to a background check, prior to being hired[.]"  **Evidence:**  Depo. pp. 86:14-25; Depo., Exhibit 4 – Circle K Job Application; Depo., Exhibit 9 – RFA No. 12. | |
| 5. | By checking the "yes" box in response to the question if he would "be willing to submit to a background check, prior to being hired[,]" Plaintiff knew that he was letting Circle K know that he was willing to submit to a background check prior to being hired.  **Evidence:**  Depo. pp. 87:1-7. | |
| 6. | Plaintiff signed Circle K's FCRA disclosure and authorization form on or around June 21, 2018.  **Evidence:**  Depo. pp. 89:7-90:12; pp. 90:15-23; Depo., Exhibit 5 – Circle K FCRA Form; Depo., Exhibit 9 – RFA Nos. 14-16; Braham Decl., ¶ 2, Exhibit. A – Complaint ("Compl.") ¶¶ 10, 23 | |
| 7. | In each instance that Plaintiff signed a background check form, Plaintiff knew that the company requesting the background check would pull a background check on him before he could start working.  **Evidence:**  Depo. pp. 32:25-33:5. | |
| 8. | Plaintiff admits that background check process is "a standard process of getting hired."  **Evidence:**  Depo. pp. 73:9-16; pp. 78:9-23; pp. 79:21-80:7. | |
| 9. | Plaintiff received a copy of his background report dated June 28, 2018 that Circle K procured on him.  **Evidence:**  Depo. pp. 90:24-92:14; pp. Depo., Exhibit 6 – Plaintiff's Background Report; Braham Decl., ¶ 2, Exhibit A – Compl., ¶ 26. | |

- 2 -

DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                    CASE NO. 1:18-cv-01689-LJO-SKO

**Adjudication Issue No. 2:** The Court should grant Circle K's Motion for Summary Judgment because Circle K did not willfully violate the FCRA.

| No. | Defendant's Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| 10. | Circle K's FCRA disclosure and authorization form states:<br><br>"I authorize, without reservation, any person or entity contacted by Circle K Stores, Inc. or its agent(s) to furnish the above stated information, and I release any such person or entity from any liability for furnishing such information."<br><br>**Evidence:**<br><br>Depo., Exhibit 5 – Circle K FCRA Form; Braham Decl., ¶ 2, Exhibit A – Compl., ¶ 25. | |

**Adjudication Issue No. 3:** The Court should dismiss Plaintiff's Second Cause of Action because Plaintiff signed Circle K's FCRA disclosure and authorization form.

| No. | Defendant's Undisputed Material Facts and Supporting Evidence | Plaintiff's Response and Supporting Evidence |
|---|---|---|
| | Defendant incorporates undisputed material fact No. 6. | |

Dated: November 20, 2019            **MCDERMOTT WILL & EMERY LLP**

By:   /s/ Christopher A. Braham
      MARIA C. RODRIGUEZ
      MICHELLE S. STROWHIRO
      CHRISTOPHER A. BRAHAM
      MARJORIE C. SOTO
      Attorneys for Defendant
      CIRCLE K STORES, INC.