MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
MICHELLE S. STROWHIRO (SBN 271969)
mstrowhiro@mwe.com
CHRISTOPHER A. BRAHAM (SBN 293367)
cbraham@mwe.com
MARJORIE C. SOTO (SBN 313290)
mcsoto@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:    +1 310 277 4110
Facsimile:     +1 310 277 4730

Attorneys for Defendant
CIRCLE K STORES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO

| | |
|---|---|
| ERNESTO LIMON, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.; and DOES 1 thru 50, inclusive,<br><br>Defendants. | **CASE NO. 1:18-CV-01689-SKO**<br><br>Hon. Sheila K. Oberto<br><br>**DECLARATION OF CHRISTOPHER A. BRAHAM IN SUPPORT OF DEFENDANT CIRCLE K STORES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: December 18, 2019<br>Time:            9:30 a.m.<br>Dept:             7<br><br>**Complaint Filed: December 11, 2018** |

## DECLARATION OF CHRISTOPHER A. BRAHAM

I, Christopher A. Braham, declare:

1. I am an Associate with the law firm McDermott Will & Emery, LLP, counsel of record for Defendant Circle K Stores, Inc. ("Circle K") in the above-titled action. I am licensed to practice in the State of California. The following facts are of my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. On December 11, 2018, Plaintiff Ernesto Limon ("Plaintiff") filed a Complaint against Circle K. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Complaint.

3. On November 5, 2019, Circle K deposed Plaintiff Ernesto Limon ("Plaintiff"). Attached hereto as Exhibit B is a true and correct copy of excerpts from Plaintiff's deposition testimony referenced in Circle K's Motion for Summary Judgment and supporting papers (collectively the "Motion").

4. Attached hereto as Exhibit C are true and correct copies of the exhibits from Plaintiff's deposition that are referenced in the Motion, which have been redacted in compliance with Local Rule 140.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on the 20th day of November, 2019, in Los Angeles, California.

_____
Christopher A. Braham