MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO**

| | |
|---|---|
| ERNESTO LIMON, an individual, on behalf of himself and others similarly situated,<br>Plaintiff,<br>v.<br>CIRCLE K STORES INC.; and DOES 1 thru 50, inclusive,<br>Defendants. | **CASE NO. 1:18-CV-01689-SKO**<br>Hon. Sheila K. Oberto<br><br>**ORDER GRANTING THE PARTIES' SUPPLEMENTAL STIPULATION TO CONTINUE THE CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**(Doc. 37)**<br><br><br>**Complaint Filed: December 11, 2018** |

# ORDER

Having considered Defendant Circle K Stores Inc. ("Defendant") and Plaintiff Ernesto Limon's ("Plaintiff") (collectively, the "Parties") supplemental stipulation to continue the class certification discovery cutoff and class certification briefing schedule (Doc. 37), and good cause appearing therein,

**THIS COURT ORDERS AS FOLLOWS:**

1.  The class certification discovery deadline shall be continued from January 17, 2020 to February 24, 2020.

2.  The class certification motion filing deadline shall be continued from February 22, 2020 to April 3, 2020.

3.  The class certification opposition brief filing deadline shall be continued from March 19, 2020 to April 30, 2020.

4.  The class certification reply brief filing deadline shall be continued from April 1, 2020 to May 14, 2020.

5.  The motion for class certification shall be heard on June 24, 2020, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge;

6.  A status conference to set further scheduling dates is set for September 3, 2020, at 10:15 a.m. in Courtroom 7 before Magistrate Judge Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than August 27, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:  __**January 15, 2020**__                     /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER
Case No. 1:18-CV-01689-SKO

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES