McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO

| | |
|---|---|
| ERNESTO LIMON, an individual, on behalf of himself and others similarly situated,<br>　　　　　　Plaintiff,<br>v.<br>CIRCLE K STORES INC.; and DOES 1 thru 50, inclusive,<br>　　　　　　Defendants. | **CASE NO. 1:18-CV-01689-SKO**<br>Hon. Sheila K. Oberto<br><br>**ORDER GRANTING THE PARTIES' SECOND SUPPLEMENTAL STIPULATION TO CONTINUE THE CLASS CERTIFICATION DISCOVERY CUTOFF AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**Complaint Filed: December 11, 2018** |

# ORDER

Having considered Defendant Circle K Stores Inc. ("Defendant") and Plaintiff Ernesto Limon's ("Plaintiff") (collectively, the "Parties") second supplemental stipulation to continue the class certification discovery cutoff and class certification briefing schedule, and good cause appearing therein,

**THIS COURT ORDERS AS FOLLOWS:**

1. The class certification discovery deadline shall be continued from February 24, 2020, to April 9, 2020.

2. The class certification motion filing deadline shall be continued from April 3, 2020, to May 18, 2020.

3. The class certification opposition brief filing deadline shall be continued from April 30, 2020, to June 15, 2020.

4. The class certification reply brief filing deadline shall be continued from May 14, 2020, to June 29, 2020.

5. The motion for class certification shall be heard on August 19, 2020, at 9:30 a.m., in Courtroom 7 before the Honorable Sheila K. Oberto, United States Magistrate Judge.

6. A status conference to set further scheduling dates is set for October 22, 2020, at 10:15 a.m. in Courtroom 7 before Magistrate Judge Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than October 15, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **February 10, 2020**        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER
Case No. 1:18-CV-01689-SKO