# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ERNESTO LIMON,**

CASE NO: **1:18–CV–01689–SKO**

v.

**CIRCLE K STORES INC.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/9/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **June 9, 2020**

by:  /s/  O. Rivera_____
Deputy Clerk